```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 04813
  TODD L MILLSAP
  VERONICA A MILLSAP                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-3625    SSN XXX-XX-4713
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/30/06 and confirmed on 07/12/06.

    2.  The case was dismissed after confirmation, 12/12/2008.

    3.  The Debtor paid a total of $ 12987.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOLIET FURNITURE MART | SECURED | 800.00 | 62.65 | 372.72 |
| NATIONWIDE CAC LTD PARTN | SECURED VEHIC | 5000.00 | 389.76 | 2710.99 |
| UNITED AUTO CREDIT CORP | SECURED VEHIC | 11000.00 | 1469.26 | 4732.76 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN BANKERS INSURAN | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC RADIOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED OPTHALMOLOGIS | UNSECURED | NOT FILED | .00 | .00 |
| BASINGER PHARMACY | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR DENTAL IMPLAN | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 145.25 | .00 | .00 |
| THOMAS J RAIA DDS | UNSECURED | NOT FILED | .00 | .00 |
| ANDREA STAMPLEY MD | UNSECURED | NOT FILED | .00 | .00 |
| KA BOATENG MD | UNSECURED | NOT FILED | .00 | .00 |
| S GUILLERMO PHILIPPS MD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | FILED LATE | .00 | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 35.20 | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1963.06 | .00 | 52.46 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ORAL SURGEON | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |

```
LAVALLIE & ASSOC           UNSECURED      NOT FILED          .00          .00
LOCKPORT TOWNSHIP          UNSECURED      NOT FILED          .00          .00
MCI RESIDENTIAL SVC MW     UNSECURED      NOT FILED          .00          .00
MIDWEST NEOPED             UNSECURED      NOT FILED          .00          .00
NICOR GAS                  UNSECURED      NOT FILED          .00          .00
OPTIMA MEDICAL ASSOCIATE   UNSECURED      NOT FILED          .00          .00
PATHOLOGY LAB CONSULTANT   UNSECURED      NOT FILED          .00          .00
PAYDAY LOAN STORE OF IL    UNSECURED      NOT FILED          .00          .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED          .00          .00
SBC GLOBAL SERVICES INC    UNSECURED      NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         898.18          .00        24.00
SFC CENTRAL BANKRUPTCY     UNSECURED         455.00          .00          .00
SILVER CROSS HOSPITAL      UNSECURED         905.25          .00        24.20
SUBURBAN CHICAGO NEWSPAP   UNSECURED      NOT FILED          .00          .00
T MOBILE USA               UNSECURED         247.82          .00          .00
TCF BANK                   UNSECURED      NOT FILED          .00          .00
THE CASH STORE             UNSECURED      NOT FILED          .00          .00
VERIZON WIRELESS           UNSECURED      NOT FILED          .00          .00
WALMART                    UNSECURED      NOT FILED          .00          .00
WILL COUNTY STATES ATTOR   SPECIAL CLASS  NOT FILED          .00          .00
JOLIET FURNITURE MART      UNSECURED         722.11          .00        19.30
NATIONWIDE CAC LTD PARTN   UNSECURED        1886.84          .00        50.42
T MOBILE USA               UNSECURED         263.55          .00          .00
NEXTEL COMMUNICATIONS      UNSECURED         458.19          .00          .00
CAPITAL ONE BANK           UNSECURED         344.10          .00        34.41
PARAGON WAY                UNSECURED         577.08          .00        15.43
```

       Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 16800.00          .00      8901.63         .00     25701.63
PRINCIPAL PAID      7816.47          .00       220.22         .00      8036.69
INTEREST PAID       1921.67          .00          .00         .00      1921.67
TOTAL PAID          9738.14          .00       220.22         .00      9958.36
The Debtor's attorney, SCHEINBAUM & WEST                 , was allowed $   3000.00
and was paid $    526.00   direct and $   2474.00   through the plan.

The Trustee received $     554.64 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/18/09                 /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
      CASE NO. 06 B 04813 TODD L MILLSAP & VERONICA A MILLSAP
```